ASINARI, Respondent, *v.* REGNA *et al.*, Appellants.

(*Superior Court of New York City, General Term.* July 5, 1892.)

Appeal from special term.
Action by Helena L. C. Asinari against Catharine Regna and others.
Argued before FREEDMAN, DUGRO, and GILDERSLEEVE, JJ.
*P. Van Alstine,* for appellants. *Gillender & Stoiber,* for respondent.

PER CURIAM. The order should be affirmed, with $10 costs and disbursements.

---

BARRETT, Respondent, *v.* SMITH *et al.*, Appellants.

(*Superior Court of New York City, General Term.* July 5, 1892.)

Action by Annie Barrett, an infant, by Albert T. David, her guardian *ad litem,* against George Waldo Smith and John S. Sills.
For former report, see 14 N. Y. Supp. 307.
Argued before FREEDMAN, DUGRO, and GILDERSLEEVE, JJ.
*James A. Seaman,* for appellants. *Richard O'Gorman, Jr.,* for respondent.

PER CURIAM. It was not error to allow the plaintiff to show that the witness Vero had said at the time of his arrest: "Is this the 108th street racket?" for this evidence tended to show that Vero testified untruly when he, upon his direct examination, said: "No unusual accident was brought to my attention, except when I was arrested." Upon the whole case the judgment and order should be affirmed, with costs.

---

BASSFORD, Respondent, *v.* WHITE, Appellant.

(*Superior Court of New York City, General Term.* July 5, 1892.)

Action by Thomas S. Bassford against Charles H. White. From a judgment entered in favor of the plaintiff on the decision of a judge after trial of the issues without a jury, defendant appeals.
Argued before FREEDMAN, DUGRO, and GILDERSLEEVE, JJ.
*Jas. C. De La Mare,* for appellant. *Ernest Hall,* for respondent.

PER CURIAM. As it appears that the contract between the parties was a fair one under all the circumstances; that the rule of damage applicable to the case was properly stated and applied by the learned trial judge; and that there is no exception which calls for reversal,—the judgment must be affirmed, with costs.